**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01722-CV

### NATIONSTAR MORTGAGE, LLC, F/K/A
### CENTEX HOME EQUITY COMPANY, LLC, Appellant

### V.

### TURTLE CREEK 3838 #1816 LAND TRUST, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05443**

## ORDER

We **GRANT** appellant's June 10, 2013 unopposed motion for an extension of time to file

a reply brief. Appellant shall file its reply brief on or before June 26, 2013.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE